No. —. Ex parte Albert O. Hegney;

No.—. Ex parte William Ira Jenkins; and

No. —. Ex parte John O. Story. November 8, 1943. Applications denied.

No. —. Ex parte Mary A. Ruthven; and

No. —. Ex parte Stanley B. Peplowski. November 8, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. Wilson v. Hinman. November 8, 1943. The motion for leave to file petition for writ of mandamus is denied.

No. 10, original. United States v. Louisiana et al. November 8, 1943. The transcript of testimony is received and ordered to be filed.

No. 452. Bennett v. City of Dalton. November 15, 1943. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Cox* v. *New Hampshire,* 312 U. S. 569, 574; *Chaplinsky* v. *New Hampshire,* 315 U. S. 568, 571-2. *Messrs. Hayden C. Covington* and *Grover C. Powell* for appellant.